UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80008-T/P-HURLEY



UNITED STATES OF AMERICA,

            Plaintiff,

vs.

ARTHUR SOBERON,

            Defendant._____/

### REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court on February 4, 2011, for a final hearing on alleged violation of supervised release. The defendant is charged with violation of his supervised release:

1. Violation of Mandatory Condition, by failing to refrain from violation of the law.

On or about August 30, 2007, in Boynton Beach, Palm Beach County, Florida, the defendant committed the offenses of two counts of Aggravated Assault on a Police Officer, contrary to Florida Statute 784.07; one count of Burglary with Battery, contrary to Florida Statute 810.02; one count of False Imprisonment, contrary to Florida Statute 787.02; two counts of Arson, contrary to Florida Statute 806.01; Resisting Arrest with Violence, contrary to Florida Statute 843.01; and Criminal Mischief, contrary to Florida Statute 806.13.

2. Violation of Standard Condition, by failing to notify his Probation Officer of any change in residence.

On or about August 24, 2007, the defendant absconded from his approved residence at CARP, 5400 East Avenue, West Palm Beach, Florida, and his whereabouts were unknown until

his arrest on August 30, 2007.

3. Violation of Special Condition, by failing to participate in an approved treatment program.

On or about August 25, 2007, the defendant was unsuccessfully discharged from CARP, after absconding from the program on August 24, 2007.

The Defendant consulted with counsel and admitted to violating the conditions of supervised release. The Court found that the Defendant voluntarily and knowingly admitted to the violation of his supervised release. Based upon this finding, this Court recommends to the District Court that ARTHUR SOBERON be found in violation of **his supervised release** and recommends that the United States District Court proceed to sentencing in this matter.

Pursuant to 28 U.S.C. §636(b)(1)(B)and (C), the parties shall serve and file written objections, if any, with the Honorable Daniel T.K. Hurley, United States District Court Judge within fourteen (14) days from the date of this report and recommendation.

**DONE AND SUBMITTED** in Chambers at West Palm Beach, Florida, this 4th day of February, 2011.

_Linnea Johnson_
LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

c: The Honorable Daniel T.K. Hurley, U.S. District Judge
AUSA-Kerry Baron
AFPD-Dave Brannon
USPO-Joan Balis