UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80008-T/P-HURLEY/JOHNSON

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ARTHUR SOBERON,
    Defendant.
_____/

## *ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING*

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Thursday, February 17, 2011,** at **3:00 p.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 9th day of February, 2011.

**copy furnished:**
AUSA Kerry S. Baron
AFPD Robin C. Rosen-Evans
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge

For updated court information, visit unofficial Web site
at http://judgehurley.com